# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF COLUMBIA

(Full name of plaintiff(s))

Robert Gillens,

_____

_____

vs

(Full name of defendant(s))

Michael Carvajal, BOP Director; Doe #1; K. Craddock; ___, S. Hixenbaugh; R. McCaffrey; Ian Connors; J.C. Petrucci

RECEIVED
Mail Room

Case: 1:22-cv-01645
Assigned To : Kelly, Timothy J.
Assign. Date : 6/6/2022
Description: Pro Se Gen. Civ. (F-DECK)

_____
(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of __U.S.__, and is located at
(State)

United States Penitentiary Coleman-1 POBOX 1033 Coleman, FL 33521 (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant __Michael Carvajal__
(Name)

Complaint - 1

3. Doe #1 is the unknown mail Staff/Supervisor at United States/Federal Correctional Complex Hazelton, located in West Virginia. PO Box 2000, Bruceton Mills, WV 26525.

4. Defendant K. Craddock is employed by the Bureau of Prisons as a Discipline Hearing officer and worked at USP-Hazelton during the events described herein.

5. Defendant S. Hixenbaugh is employed at USP Hazelton as a Counselor.

6. Defendant R. McCaffrey is employed at USP Hazelton as an Associate Warden.

7. Defendant Ian Connors is employed as an administrator at Central Office of the Bureau of prisons, 320 First St. N.W. Washington DC 20534

8. Defendant J.C. Petrucci is employed as a Mid-Atlantic Regional Director for the Bureau of Prisons. 302 Sentinel Drive, Ste 200, Annapolis Junction, Maryland 20701.

9. Defendant Carvajal is sued in his official capacity for injuctive relief, and in his individual capacity for damages.

10. All other above listed defendants are sued in their individual capacities for damages.

Complaint-2(b)

is (if a person or private corporation) a citizen of _____ U.S. _____

(State, if known)

and (if a person) resides at _320 First st., N.W. Washington DC 20534_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Bureau of Prisons, Director,_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.) _See Complaint p. 2(b)_

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. On May 5, 2020, Plaintiff received incident Report # 3395305 while incarcerated at USP Hazelton in the general population.

2. Later that day, Plaintiff was handcuffed and put in a Special Housing Unit ("SHU") Confinement which is a solitary confinement from the normal and general population and activities.

3. Plaintiff did not receive a Discipline Hearing officer ("DHO") Hearing until about "hundred (100)" days later

4. Plaintiff was exonerated of incident Report # 3395305 and it was expunged from his record in August 2020.

Complaint - 2

5. Defendant Hixenbaugh, requested Permission to the Warden to hold an intial Unit Discipline Committee after the 5th day of the incident on June 29, 2020, which included a ten day extended period for investigation which violates Policy statement 5270.09 of the BOP, Chapter 2, Sec. 541.(5)(b) that require this "type of investigation" to be finished within 24 hours."

6. Defendant Acting Warden McCaffrey "approved" Hixenbaugh's request on June 30, 2020, in violation of above policy. This only prolonged Plaintiff's DHO Hearing.

7. Both Defendants Hixenbaugh's and McCaffrey's above actions violated due process.

8. Defendant Craddock violated Plaintiff's due process rights when he failed to hold a DHO Hearing until "hundred (100) days" later.

9. While in a SHU cell awaiting the above hearing Plaintiff was denied daily yard exercise rights, law library Access rights and cell-cleaning Supplies rights and family and attorney phone calls for a "hundred days" that he would normally be provided in a SHU cell.

Complaint - 3

10. Because of these basic human needs deprivations, Plaintiff's hundred day solitary confinement was atypical and significant hardship in relation to the ordinary incidents of prison life.

11. Defendant Carvajal failed to implement a BOP Policy and Procedure to provide prompt DHO Hearings in accord with established due process law that call for such hearings to be held within seven (7) days.

12. As a result, Plaintiff suffered 100 days in unnecessary and unwarranted solitary confinement that included basic human need deprivations.

## DENIAL OF FREE SPEECH

13. On June 16, August 18, September 17 and December 31, 2020, Defendant. Doe opened Attorney Amy Ernst of the District Court (U.S.) special/Legal mail addressed to Plaintiff outside his presence at USP-Hazelton in violation of confidentially in attorney-client consultation or confidential court litigation, and Free speech under the First Amendment to the U.S. Constitution.

Complaint - 4

14. On January 8, 2021, Defendant Doe opened Attorney Amy Ernst special/Legal mail that was addressed to Plaintiff at USP Hazelton-outside his presence in violation of confidentially in attorney-client consultation, and free speech under the First Amendment of the U.S. Constitution.

15. Defendant Carvajal failed to implement a BOP Policy and Procedure alike state Department of Corrections nationwide (including the State of Pennsylvania) that require prison mail room staff the assignment of Inspection #'s to be stamped on each incoming and outgoing mail processed.

16. This would identify mail room staff who violate mail room policies and constitutional rights, and cure and reduce these said violations.

17. Defendant Carvajal knows from numerous complaints, grievances and his personal knowledge that the foregoing Policy is needed to afford prisoner's their First Amendment constitutional rights.

18. His failure to act caused these above mail violations.

complaint-5

DELIBERATE INDIFFERENCE

19. Defendant Carvajal failed to implement a Policy and Procedure with the BOP that requires prisoners to receive annual teeth cleaning as State DOC nationwide.

20. As a result, Plaintiff has not received a teeth cleaning approaching "three years," or dental care

20, This above teeth cleaning deprivation has caused Plaintiff's teeth to decay, crack, bleed, obtain gum disease,  : suffer unwarranted pain, and is contrary Health Care studies and standards.

21. Defendant Carvajal knows from grievances, written and verbal complaints of the foregoing and failed to take any action which caused a reckless disregard for Plaintiff's dental heath care in violation of the Eighth Amendment to the U.S. Constitution.

22. Defendant Petrucci failed to correct these violations after he reviewed them on June 20, 2021, has caused them to continue and is deliberately indifferent.

23. Defendant Ian Conners failed to

Complaint - 6

correct these constitutional violations on July 20, 21 and December 6, 2021 after he reviewed them, has caused them to continue, is deliberately indifferent and violated Plaintiff's rights to free speech under the First and Eighth Amendments.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.& *Bivens*.
         OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
         different from the state citizenship of every defendant, and the amount of
         money at stake in this case (not counting interest and costs) is
         $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

1. Issue a declaratory Judgment that
foregoing actions and inactions of the
defendants violated Plaintiffs U.S.
Constitutional rights under the First and
Fifth Amendments
2. Issue an injuction that Plaintiff
be provided immediate dental care.
3. Award compensatory damages for
Plaintiff's Eighth Amendment claim.
4. Award punitive damages for the
foregoing constitutional violations
5. Grant such other relief as it may appear that
Plaintiff is entitled.

Complaint - 8

E.   JURY DEMAND

☑   Jury Demand - I want a jury to hear my case
                    OR

☐   Court Trial – I want a judge to hear my case

Dated this __4ᵗʰ__ day of __May__ 20_22_.

Respectfully Submitted,

_Robert Gillens_
Signature of Plaintiff

_#26500-083_
Plaintiff's Prisoner ID Number

_USP-1 Coleman, PO Box 1033_
_Coleman, FL 33521_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 9

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to prison officials on the below date by way of United States Postal Service USPS Tracking # 9114 9014 9645 06 25 7026 56 On this 5th day of May 2022.

Respectfully submitted,

Robert Gillens

Resubmitted
6-2-2022
$402.00 Payment mailed
Filing fee of
to court separately.

RECEIVED
Mail Room
MAY - 9 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

that the
court
should
receive
the week
of this
arrival.

Robert Gillens
26500-083
USP-1 Coleman
PO Box 1033
Coleman, FL 33521

Please
do not
send back
payment
has been
sent!
Thankyu

May 4, 2022

Clerk of Court
U.S. District Courthouse
333 Constitution Ave, N.W.
Washington, DC 20001

Re: civil action filing

Dear Clerk,

Enclosed you will find a civil
action against seven defendants.
Due to statue of limitations, I'm
filing on standard forms. I
wrote your office for a pro se packet
and when it arrives I will forward
all necessary forms.

Please send the filing fee cost in the
event I can pay it, if not,

RECEIVED
Mail Room
JUN - 6 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

I will file for informa pauperis.

Thanking you for your attention in this matter.

Eight Copies enclosed (one for the Court, and seven for Services of each defendant). Court's copy has a certificate of service and is not stappled. Thanks again.

Sincerely,

R.J.

Robert Gillens

U.S. POSTAGE PAID
PM 2-Day
COLEMAN, FL
33521
JUN 03, 22
AMOUNT

**$0.00**

1006        20001        R2305K139876-09

r domestic use.

p to $50 of insurance (restrictions apply).*

stic and many international destinations.

is declaration form is required.

tails regarding claims exclusions see the

is.com for availability and limitations of coverage.

**LOPE**

"Special/Legal Mail"

**ED**

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

4F May 2020
12 1/2 x 9 1/2



FR.

Robert Gillens
26500-083
Federal Correctional
Complex Coleman, USP-1
PO Box 1033
Coleman, FL 33521

**TO:**

Clerk of Court
U.S. District Court
333 Constitution Ave, N.W.

Washington, DC 20001

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.